UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AQUANAUT TOWING & SAVAGE,
INC., d/b/a SEA TOW
PENSACOLA/ORANGE BEACH

    VS                                CASE NO. 3:08cv502/LAC/EMT

THE MOTOR YACHT "TAR BABY",
et al

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   SEPTEMBER 22, 2009

Motion/Pleadings: NOTICE OF SETTLEMENT & JOINT REQUEST FOR ORDER CANCELLING MARSHAL SALE OF "MY TAR BABY"

Filed by    ALL PARTIES    on   9/22/09   Doc.#    89

RESPONSES:

                               on            Doc.#

                               on            Doc.#

_____ Stipulated    X   Joint Pldg.
_____ Unopposed       Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Lynn C. Uhl
LC (1 OR 2)                  Deputy Clerk

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of September, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b) It is the Court's understanding that the sale of the vessel has been cancelled.*

Entered On Docket: _____ By: _____    s/*L.A. Collier*

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP        ***LACEY A. COLLIER***
Copies sent to: _____                   *Senior United States District Judge*

Document No.